PETER L. ISOLA (SBN 144146)
pisola@hinshawlaw.com
BRIAN S. WHITTEMORE (SBN 241631)
bwhittemore@hinshawlaw.com
HINSHAW & CULBERTSON LLP
50 California Street, Suite 2900
San Francisco, CA 94111
Telephone:  415-362-6000
Facsimile:   415-834-9070

Attorneys for Defendant
SALLIE MAE BANK

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA; SACRAMENTO DIVISION

| | |
|---|---|
| In re | ) USBC Case No. 23-02089 |
| Phillip Ryan Sweetland, | ) **ANSWER OF SALLIE MAE BANK** |
| | ) **TO PHILLIP RYAN SWEETLAND** |
| Debtor, | ) **ATTESTATION** |
| | ) |
| _____ / | |
| Phillip Ryan Sweetland, | ) Adv. Proc. Case No. 23−02089 – E |
| Plaintiff, | ) |
| | ) Complaint Filed:  11/1/23 |
| vs. | ) |
| | ) |
| UNITED STATES DEPARTMENT OF | ) |
| EDUCATION, ET. AL. , | ) |
| | ) |
| Defendants. | ) |
| _____ / | |

Defendant SALLIE MAE BANK ("Defendant" or "SMB"), answers Plaintiff

Phillip Ryan Sweetland[1] as follows:

## I.     PERSONAL INFORMATION

1.     SMB is currently without knowledge of the allegations of Paragraph One

and therefore, they are denied.

2.     SMB is currently without knowledge of the allegations of Paragraph Two

---

[1] Phillip Ryan Sweetland, *pro se*, initiated the litigation by filing an Attestation in Support of Request for Stipulation Conceding Dischargeability of Student Loans ("Attestation"). It is not clear whether Mr. Sweetland intends the Attestation to be a Complaint. However, in an abundance of caution, the Defendant files this Answer and Affirmative Defenses.

and therefore, they are denied.

3.     SMB is currently without knowledge of the allegations of Paragraph Three and therefore, they are denied.

4.     SMB is currently without knowledge of the allegations of Paragraph Four and therefore, they are denied.

5.     SMB is currently without knowledge of the allegations of Paragraph Five and therefore, they are denied.

6.     SMB is currently without knowledge of the allegations of Paragraph Six and therefore, they are denied.

7.     SMB is currently without knowledge of the allegations of Paragraph Seven and therefore, they are denied.

8.     SMB is currently without knowledge of the allegations of Paragraph Eight and therefore, they are denied.

9.     SMB is currently without knowledge of the allegations of Paragraph Nine and therefore, they are denied.

## II.     CURRENT INCOME AND EXPENSES

10.     SMB is currently without knowledge of the allegations of Paragraph Ten and therefore, they are denied.

### A.     *Household Gross Income*

11.     SMB is currently without knowledge of the allegations of Paragraph Eleven and therefore, they are denied.

12.     SMB is currently without knowledge of the allegations of Paragraph Twelve and therefore, they are denied.

13.     SMB is currently without knowledge of the allegations of Paragraph Thirteen and therefore, they are denied.

### B.     *Monthly Expenses*

14.     SMB is currently without knowledge of the allegations of Paragraph Fourteen and therefore, they are denied.

15.     SMB is currently without knowledge of the allegations of Paragraph Fifteen and therefore, they are denied.

16.     SMB  is currently without knowledge of the allegations of Paragraph Sixteen and therefore, they are denied.

17.     SMB is currently without knowledge of the allegations of Paragraph Seventeen and therefore, they are denied.

### III.    FUTURE INABILITY TO REPAY STUDENT LOANS

18.     SMB is currently without knowledge of the allegations of Paragraph Eighteen and therefore, they are denied.

19.     SMB is currently without knowledge of the allegations of Paragraph Nineteen and therefore, they are denied.

### IV.    PRIOR EFFORTS TO REPAY LOANS

20.     SMB is currently without knowledge of the allegations of Paragraph Twenty and therefore, they are denied.

21.     SMB is currently without knowledge of the allegations of Paragraph Twenty-One and therefore, they are denied.

22.     SMB is currently without knowledge of the allegations of Paragraph Twenty-Two and therefore, they are denied.

23.     SMB is currently without knowledge of the allegations of Paragraph Twenty-Three and therefore, they are denied.

24.     SMB is currently without knowledge of the allegations of Paragraph Twenty-Four and therefore, they are denied.

25.     SMB is currently without knowledge of the allegations of Paragraph Twenty-Five and therefore, they are denied.

26.     SMB is currently without knowledge of the allegations of Paragraph Twenty-Six and therefore, they are denied.

### V.    CURRENT ASSETS

27.     SMB is currently without knowledge of the allegations of Paragraph

Twenty-Seven and therefore, they are denied.

28.    SMB is currently without knowledge of the allegations of Paragraph Twenty-Eight and therefore, they are denied.

29.    SMB is currently without knowledge of the allegations of Paragraph Twenty-Nine and therefore, they are denied.

30.    SMB is currently without knowledge of the allegations of Paragraph Thirty and therefore, they are denied.

31.    SMB is currently without knowledge of the allegations of Paragraph Thirty-One and therefore, they are denied.

### VI.    ADDITIONAL CIRCUMSTANCES

32.    SMB is currently without knowledge of the allegations of Paragraph Thirty-Two and therefore, they are denied.

### AFFIRMATIVE DEFENSES

As separate and distinct affirmative defenses to the purported causes of action in Plaintiff's Attestation, SMB alleges the affirmative defenses set forth below. By the following allegations, SMB does not assume the burden of proving any fact or element of a cause of action where such burden properly belongs to the Plaintiff.

### FIRST AFFIRMATIVE DEFENSE

### (Failure to State A Cause of Action)

1.    Defendant alleges as a separate and distinct affirmative defense that the Complaint, fails to state facts sufficient to constitute a cause of action against Defendant.

### SECOND AFFIRMATIVE DEFENSE

### (Unclean Hands)

2.    Defendant alleges as a separate and distinct affirmative defense that Plaintiff's claims are barred, in whole or in part, by the equitable doctrine of unclean hands as the Plaintiff has not made a good faith effort to repay his loans.

//

4

### THIRD AFFIRMATIVE DEFENSE

### (Failure to Mitigate)

3.      Defendant alleges as a separate and distinct affirmative defense that Plaintiff failed to mitigate his alleged damages as his present financial situation is unlikely to persist for a significant portion of the student loans' repayment period. Therefore, Plaintiff's claims are barred, in whole or in part, by Plaintiff's failure to mitigate.

### FOURTH AFFIRMATIVE DEFENSE

### (Reservation of Rights)

4.      Defendant alleges as a separate and distinct affirmative defense that it has insufficient knowledge or information on which to form a belief as to whether it may have additional, as yet unstated, affirmative defenses available.  Defendant therefore reserves the right to assert additional affirmative defenses in the event discovery indicates such defenses would be appropriate.

WHEREFORE, Defendant prays for judgment against Plaintiff as follows:

1.      The Attestation be dismissed as against Defendant;

2.      Plaintiff's prayers for relief, and each and every one of them, be denied;

3.      Judgment be entered in favor of Defendant;

Dated:  January 2, 2024                    HINSHAW & CULBERTSON LLP


                                        By:  */s/ peter l. Isola*
                                        _____
                                        PETER L. ISOLA
                                        BRIAN S. WHITTEMORE
                                        Attorneys for Defendant
                                        SALLIE MAE BANK

# **FILER'S ATTESTATION**

I, PETER L. ISOLA, am the ECF user whose identification and password are being used to file this ANSWER. In compliance with Local Rules, I hereby attest that all party signatories hereto concur in this filing.

/s/ Peter L. Isola
PETER L. ISOLA