Phillip Sweetland (Full Name)

Alwaysavocado@gmail.com (Email Address)

3413 Tembrook Drive Sacramento, CA 95864 (Address Line 1)

_____ (Address Line 2)

916-882-7445 (Phone Number)

_____ (Fax Number)

Plaintiff in Pro Per

FILED

JAN 12 2024

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Phillip Sweetland , <br><br> Plaintiff, <br><br> vs. <br><br> Sallie Mae <br> Represented by: <br> Hinshaw & Culbertson LLP , <br><br> Defendant(s). | Case No.: 23-22896-E <br><br> **PLAINTIFF** <br> Phillip Sweetland ’S <br> (name) <br><br> **INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26** |

**TO DEFENDANT** Sallie Mae

**AND HIS/HER/ITS COUNSEL OF RECORD:**

**PLAINTIFF** Phillip Sweetland , referred to below as the
                     (name)

"disclosing party," hereby submits the following disclosures in accordance with

Fed. R. Civ. P. 26 ("Rule 26")

Form prepared by Public Counsel
© 2010, 2013 Public Counsel.
All rights reserved
Revised: October 2013

**Rule 26(a)(1)(A)(i)** – The name and, if known, the address and telephone number of each individual likely to have discoverable information – along with the subjects of that information – that the disclosing party may use to support his or her claims or defenses, unless the use would be solely for impeachment:

| Name of Individual Likely to have Discoverable Information | Contact Information (Address and Telephone Number) | Subject Matter of Discoverable Information |
|---|---|---|
| Sandy Sweetland | 8725 Graying Way Sacramento, Ca 95826 415-717-2903 | General knowledge of case and my finances, mother |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Rule 26(a)(1)(A)(ii)** – A copy – or a description by category and location – of all documents, electronically stored information, and tangible things that the disclosing party has in his or her possession, custody, or control and may use to support his or her claims or defenses, unless the use would be solely for impeachment. (Please note that the disclosing party may either produce the documents, electronically stored information, and tangible things <u>or</u> fill in the table below.)

| **Description by Category** of Document, Electronically Stored Information, or Tangible Thing | **Description by Location** of Document, Electronically Stored Information, or Tangible Thing |
|---|---|
| N/A | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Plaintiff's Initial Disclosures Pursuant to Fed. R. Civ. P. 26

**Rule 26(a)(1)(A)(iii)** – A computation of each category of damages claimed by the disclosing party, who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material (unless privileged or protected from disclosure) on which each computation is based, including materials bearing on the nature and extent of injuries suffered:

No injuries suffered, filing due to undue financial hardship, unable to repay loan now and in the future.

4

**Rule 26(a)(1)(A)(iv)** – For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment:

Due to financial hardship I ask requesting this debt to be excused as it cannot be repaid. I was laid off in 2018 and have not returned to work due to panic disorder and respiratory issued, severe sleep apnea and asthma. I will not be working full time work again. I have Filed for Disability insurance (denied) and appealed, if approved I will still be far below the natural average and able to maintain the normal living wage. Secondary, if my SSDI claim is denied I will be finding limited part time work to just maintain the base standards of living, my home and my car, I receive Medi-Cal and CalFresh.

DATED:    1/5/2024

(signature)

Phillip Sweetland

(name)

Plaintiff in Pro Per

# PROOF OF SERVICE

I, Sandy Sweetland _____ (name), declare as follows. I am over the age of 18 years. My address is:

8725 Grayling Way

Sacramento, CA 95826

On 1/6/202_____ (date), I served the foregoing document described as:

**Plaintiff** _____ Phillip Sweetland _____ **'s Initial Disclosures Pursuant to FRCP 26**

on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail in Sacramento county, CA _____, addressed to:
(city, state)

Robert T. Matsui United States Courthouse (name)          _____ (name)

501 I St # 3200, Sacramento, CA 95814 (address)          _____ (address)

_____ (address)          _____ (address)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___1/6/2024_____ at ___8725 Grayling Way Sacramento, CA 95826___
(date)                                          (place of signing)

_____ (signature)

___Sandy Sweetland_____ (name)