

1  PHILLIP SWEETLAND

2  3413 TEMBROOK DRIVE

3  SACRAMENTO, CA 95864

4  ALWAYSAVOCADO@GMAIL.COM

5  916-882-7445

6  PHILLIP SWEETLAND (PRO SE)

**FILED**
**SEP - 9 2024**
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Phillip Ryan Sweetland ) | USBC Case No. 23-22896 |
| ) | |
| Plantiff, ) | **JOINT STIPULATION TO DISMISS** |
| Vs. ) | **PURSUANT TO FRCP 41(a)(1)(A)(ii)** |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| EDUCATION, ET.AL., ) | Adv. Proc. Case No. 23-02089-E |
| ) | Complaint Filed: 11/1/23 |
| Defendants. ) | |

1

IT IS HEREBY STIPULATED by and between Plaintiff, Phillip Ryan Sweetland, and Defendant, SALLIE MAE BANK (collectively, the "Parties"), through their respective attorneys of record, with Defendant, UNITED STATES DEPARTMENT OF EDUCATION, not appearing in this action, that the above-entitled action be, and hereby is, dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii), with each Party to bear its own fees and costs.

Dated: September 9, 2024      HINSHAW & CULBERTSON LLP

By: *Ian A. King*
IAN A. KING II
Attorneys for Defendant
SALLIE MAE BANK

By: *[signature]*
PHILLIP RYAN SWEETLAND
Attorneys for Defendant
(Pro Se) Debtor